UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RAYMOND HAREWOOD,<br><br>                              Plaintiff,<br><br>                    v.<br><br>FAIRVIEW NURSING CARE CENTER, INC.<br><br>                              Defendants. | **26cv1951 (PKC)(JMW)**<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

Pursuant to 28 U.S.C. 1746, JAMES E. BAHAMONDE, ESQ. declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief:

1.      I am the attorney with the law firm of James E. Bahamonde, PC and counsel for Plaintiff. I am fully competent to make this declaration and have personal knowledge of the facts stated herein.

2.      This declaration is made pursuant to Rules 55.1 and 55.2 of the Local Rules for the Eastern District of New York, in support of plaintiff's Request for a Certificate of Default against Defendants FAIRVIEW NURSING CARE CENTER, INC..

3.      The current action seeks injunctive and declaratory relief for Defendants' disability discrimination in violation of the Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq.*, New York State Civil Rights Law § 40-c and 40-d, New York State Human Rights Law § 296 *et seq.*, and Nassau County Administrative Code.

4.      This action seeks judgment against Defendants for compensatory, actual, statutory damages, attorney's fees, costs and disbursements of this action.

5.      Jurisdiction of the subject matter of this action is conferred on this Court by 28 U.S.C. §§ 1331 and 1343.

1

6.      This action was commenced on April 1, 2026 by the filing of a Summons and Complaint.

7.      On April 14, 2026, Defendant Fairview Nursing Care Center, Inc. was properly served with the summons and complaint of this action.

8.      Proper service was certified to this Court with an affidavit of service filed on June 19, 2026.  Annexed hereto as **EXHIBIT 1** is the affidavit of service establishing served with the summons and complaint of this action on Defendant Fairview Nursing Care Center, Inc.  .

9.      Defendants FAIRVIEW NURSING CARE CENTER, INC. has not answered or otherwise moved with respect to the complaint, and the time for Defendant FAIRVIEW NURSING CARE CENTER, INC. to answer or otherwise move has not been extended.

10.     As Defendants FAIRVIEW NURSING CARE CENTER, INC. **is a** corporation, it is not in military service and cannot be an infant or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure.

11.     A proposed Clerk's Certificate is attached as **Exhibit 2**.

        WHEREFORE, Plaintiff requests that the default of Defendant FAIRVIEW NURSING CARE CENTER, INC. be noted and a certificate of default be issued.


Dated: June 19, 2026


X __/s/ James E. Bahamonde_____

JAMES E. BAHAMONDE, ESQ.
Law Offices of James E. Bahamonde, P.C.
james@civilrightsny.com
Tel:  (646) 290-8258

Attorney for the Plaintiff

2

cc:

Caitlin Robin (by email)
Caitlin Robin & Associates PLLC
Attorneys for Defendant Fairview Nursing Care Center, Inc.
 caitlin@robinandassociates.com

3