UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAYMOND HAREWOOD,

                              Plaintiff,

            v.

FAIRVIEW NURSING CARE CENTER, INC.

                              Defendants.

**26cv1951 (PKC)(JMW)**

**CERTIFICATE OF DEFAULT**

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on April 1, 2026 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant FAIRVIEW NURSING CARE CENTER, INC. by personally serving JENNIFER LOWE, OA1, and proof of service was therefore filed on June 19, 2026, Doc. #10. I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: Central Islip, New York

_____, 2026

                        **BRENNA B. MAHONEY**
                           **Clerk of Court**

                        **By:** _____
                                **Deputy Clerk**