UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAYMOND HAREWOOD, Individually and on
Behalf of All Others Similarly Situated,

                      Plaintiff,                         Civil Action No.: 2:26-cv-01951
                                                    (PKC)(JMW)

        -against-

                                                  **NOTICE OF**

FAIRVIEW NURSING CARE CENTER, INC.,           **APPEARANCE**

                      Defendant.
------------------------------------------------------------------------X

      Please take notice that Hillary J. Raimondi, of Traub Lieberman Straus & Shrewsberry

LLP, hereby appears on behalf of Defendant Fairview Nursing Care Center, Inc., and respectfully

requests that all future correspondence and papers in connection with this action be directed to me

at the address indicated below.

Dated: White Plains, New York
       June 23, 2026


                                    TRAUB LIEBERMAN STRAUS
                                    & SHREWSBERRY LLP

                  By:    *Hillary J. Raimondi*
                                    Hillary J. Raimondi, Esq.
                                    445 Hamilton Avenue, Suite 900
                                    White Plains, New York 10601
                                    (914) 347-2600
                                    *Attorneys for Defendant*
                                    *Fairview Nursing Care Center, Inc.*


TO:    All Counsel (via ECF)