**TRAUB** LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, New York 10601
DIRECT (914) 586-7061 | MAIN (914) 347-2600 | FAX (914) 347-8898

Hillary J. Raimondi   | Partner   | hraimondi@tlsslaw.com

June 23, 2026

**VIA ECF**
Hon. Pamela K. Chen
United States District Judge
U.S. District Court, E.D.N.Y.
222 Cadman Plaza East
Courtroom 4F, Chambers N 631
Brooklyn, New York 11201

> Re:   *Raymond Harewood v. Fairview Nursing Care Center, Inc.*
> Civil Action No. 2:26-cv-01951 (PKC)(JMW)

Dear Judge Chen:

This firm was recently retained to represent Defendant Fairview Nursing Center Inc. in the above-referenced action. We write pursuant to Your Honor's Individual Practices and Rules, Rule 1(G), in connection with Plaintiff's recent request for a certificate of default and for purposes of requesting an extension of time until July 24, 2026 to respond to the instant complaint.  This is Defendant's first request for an extension of time and Plaintiff consents to both the withdrawal of the default request and the extension of time.

On June 19, 2026, Plaintiff's counsel simultaneously filed both the summons returned executed as well as a request for a certificate of default. According to the executed summons, service was accomplished on April 14, 2026, by delivering same along with a copy of the complaint to the New York Secretary of State. We are still attempting to locate a copy of that document and were informed by counsel that a copy was mailed to Defendant's CEO. We do not intend to challenge service. The original deadline for a response to the complaint would have been May 25, 2026.

As noted above, Plaintiff consents to both withdrawal of the request for a certificate of default (or vacatur of same should it be issued before the Court considers the instant application) as well as an extension of time for Defendant to respond to the Complaint until July 24, 2026. The reason for the request is so that the undersigned can investigate the circumstances of the complaint

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
**www.traublieberman.com**   CONNECTICUT

Hon. Pamela K. Chen
Case No. 2:26-cv-01951 (PKC)(JMW)
June 23, 2026
Page 2


and prepare an appropriate response. We thank the Court for its consideration of this request.

Respectfully submitted,

*Hillary J. Raimondi*

Hillary J. Raimondi


cc:     James E. Bahamonde, Esq. (via ECF only)