UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
RAYMOND HAREWOOD, Individually and on
Behalf of All Others Similarly Situated,

                     Plaintiff,                  Civil Action No.: 2:26-cv-01951
                                              (PKC)(JMW)

      -against-

                                        **FED. R. CIV. P. 7.1**
FAIRVIEW NURSING CARE CENTER, INC.,        **<u>DISCLOSURE STATEMENT</u>**

                   Defendant.
-------------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Fairview Nursing Care Center, Inc., certifies that this entity is a private, non-governmental party which is not owned, in whole or in part, by any corporate entity.

Dated: White Plains, New York
       July 24, 2026

                                      **TRAUB LIEBERMAN STRAUS
                                      & SHREWSBERRY LLP**
                                      *Attorneys for Defendant*
                                      *Fairview Nursing Care Center, Inc.*

              By:    *Hillary J. Raimondi*
                                      Hillary J. Raimondi, Esq.
                                      William F. Knight IV, Esq.
                                      445 Hamilton Avenue, Suite 900
                                      White Plains, New York 10601
                                      (914) 347-2600
                                      hraimondi@tlsslaw.com
                                      wknight@tlsslaw.com

TO:    All Counsel (via ECF)