# TRAUB LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, New York 10601

DIRECT (914) 586-7068 | MAIN (914) 347-2600 | FAX (914) 347-8898

William F. Knight, IV | Associate | wknight@tlsslaw.com

July 24, 2026

**<u>VIA ECF</u>**
Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

> Re:  *Raymond Harewood v. Fairview Nursing Care Center, Inc.*
> Civil Action No. 2:26-cv-01951 (PKC)(JMW)

Dear Judge Wicks:

This firm represents Defendant Fairview Nursing Care Center, Inc. ("Defendant") in the above-referenced action. We write in advance of the Initial Conference scheduled to be held on August 5, 2026 at 10:00 AM. Pursuant to the proposed Rule 26(f) Scheduling Order (ECF Doc. No. 15), lead counsel must be present for the initial conference. Lead counsel for Defendant is Hillary J. Raimondi who has a planned vacation from August 5, 2026 through August 15, 2026.

However, I am working with Ms. Raimondi in connection with the defense of this matter. I am fully familiar with the underlying facts related to this matter, the Federal Rules of Civil Procedure concerning discovery, the Individual Practice Rules of Your Honor, and am prepared to address all pertinent matters at the Initial Conference. As such, Defendant is respectfully requesting leave to permit myself, William F. Knight IV, to appear for Defendant at the Initial Conference scheduled to be held on August 5, 2026 at 10:00 AM. Alternatively, pursuant to Your Honor's Individual Practice Rules 1.D., Defendant will request an adjournment of the August 5, 2026 Initial Conference until lead counsel, Ms. Raimondi, returns from vacation. This would be the first request for such an adjournment and Defendant will consult with Plaintiff's counsel prior to requesting such relief regarding their consent of same and to offer dates that all parties are available.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*William F. Knight IV*

William F. Knight IV

To: All parties via NYSCEF

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
**www.traublieberman.com**   CONNECTICUT